FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT

8    CENTRAL DISTRICT OF CALIFORNIA

9

10   JOSEPH ENS,                        )   CASE NO. CV 09-1784 CJC (FFM)
                                        )
11              Petitioner,             )   ORDER ACCEPTING FINDINGS,
                                        )   CONCLUSIONS AND
12        v.                            )   RECOMMENDATIONS OF
                                        )   UNITED STATES MAGISTRATE JUDGE
13   D.K. SISTO,                        )
                                        )
14              Respondent.             )
                                        )
15   _____   )

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and accepts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a de novo determination of the portions to which

21   objections were directed.

22        IT IS ORDERED that judgment be entered dismissing the Petition on the merits

23   with prejudice.

24

25   DATED: *February 28, 2012*

26

27

28                                              _____
                                                CORMAC J. CARNEY
                                                United States District Judge